# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
### www.flmb.uscourts.gov

**In re:**

**REPAIR GUY ONE LLC,**

    **Debtor.**

_____/

Case No.: 8:23-bk-02545-CPM

Chapter 7

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE DEBTOR, ITS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and Bankruptcy Code Sections 102(1) and 342, G. Steven Fender, Esq. and Fender, Bolling and Paiva, P.A. (the "Firm"), as counsel for creditors Joseph Vartanian and Acme Builders, Inc., request that all notices given or required to be given in the above-referenced case (including, without limitation, all papers filed and served in the Debtor's main bankruptcy case and all adversary proceedings in this case, and all notices mailed only to statutory committees and to creditors who file with the court their request that all notices be mailed to them) be given to and served upon the Firm at the following address:

    G. Steven Fender, Esq.
    **Fender, Bolling and Paiva, P.A.**
    P.O. Box 1545
    Ft. Lauderdale, FL 33302
    Telephone: (407) 810-2458
    Email: steven.fender@fender-law.com

Notice is further given that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of

any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise that affect the above-captioned debtor or the property of such debtor or the debtor's estate.

**Dated: June 30, 2023**

                                                     **FENDER, BOLLING AND PAIVA, P.A.**

                                                     */s/ G. Steven Fender*
                                                     G. Steven Fender, Esq.
                                                     Fla. Bar No. 060992
                                                   *Attorney for Creditors Joseph Vartanian*
                                                   *and Acme Builders, Inc.*
                                                   P.O. Box 1545
                                                   Ft. Lauderdale, FL 33302
                                                   Telephone: (407) 810-2458
                                                   Email: steven.fender@fender-law.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF transmission on all parties currently on the list to receive e-mail notice/service for this case, on this 30th day of June, 2023.

                                              By: */s/ G. Steven Fender*
                                                        G. Steven Fender