THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

**REPAIR GUY ONE, LLC,**         CASE NO. 8:23-bk-02545-CPM

Chapter 7

    **Debtor**.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE DEBTOR, ITS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and Bankruptcy Code Sections 102(1) and 342, Harry J. Ross Esquire, (the "Attorney") as counsel for creditor J&B Dock and Boat Lift LLC, requests that all notices given or required to be given in the above-referenced case (including, without limitation, all papers filed and served in the Debtor's main bankruptcy case and all adversary proceedings in this case, and all notices mailed only to statutory committees and to creditors who file with the court their request that all notices be mailed to them) be given to and served upon the Attorney at the following address:

Harry J. Ross, Esq
6100 Glades Road Suite 211
Boca Raton, FL 33434
Telephone: (561) 482-2400
Email: hross@hjrlaw.com and jerri@hjrlaw.com

Notice is further given that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or

1

informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise that affect the above-captioned debtor or the property of such debtor or the debtor's estate.

Dated: July 28, 2023

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copy of the foregoing Notice of Appearance was served via CM/ECF transmission on all parties currently on the list to receive e-mail notice/service on July 28, 2023.

Office of the United States Trustee
TPA7/13 Timberlake Annex
Suite 1200
501 E Polk Street
Tampa, FL 33602-3949
ustpregion21.tp.ecf@usdoj.gov

Traci K. Stevenson
P.O. Box 86690
Madeira Beach, FL 33738-6690
tracikstevenson@gmail.com

Marshall G. Reissman
The Reissman Law Group
1700 66th Street N., Suite 405
St. Petersburg, FL 33710
mgreissman@gmail.com

**LAW OFFICES OF HARRY J. ROSS**
Attorney for Creditor, *J&B Dock and Boat Lift, LLC*
6100 Glades Road, Suite 211
Boca Raton, FL 33434
Tel: (561) 482-2400/Fax: (561) 482-2602

By:  /s/ Harry J. Ross
     HARRY J. ROSS, ESQ.
     Fla. Bar No. 846228
     hross@hjrlaw.com

P:\WP51DOCS\CLIENTS\JUNGWIRTH ERIK\J&B DOCK AND BOAT LIFT LLC\NOA 7-27-23.docx