UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

**In re:**  Case No.: 8:23-bk-02545-CPM
Chapter 7

**REPAIR GUY ONE LLC,**

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

To the debtor, its attorneys of record, and all parties of interest:

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002 and 9007 and Bankruptcy Code §§ 102(1) and 342, Gregory D. Snell, Esq. of Snell Legal, PLLC ("Snell"), as counsel for the creditor, East Coast Marine Construction & Design Inc., requests that all notices given or required to be given in the above-referenced case (including, but not limited to, all papers filed and served in the Debtor's main bankruptcy case, and all adversary proceedings in this case, and all notices mailed to statutory committees and to creditors who file with the court their request that all notices be mailed to them) be given to and served upon Snell at the following address:

Gregory D. Snell
Snell Legal PLLC
110 Integra Breeze Lane
Suite 1A
Daytona Beach, Florida 32117
(386) 265-5221
gnsell@snell-legal.com

1

Notice is further given that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise that affect the above-captioned debtor or the property of such debtor or the debtor's estate.

**Dated: August 4, 2023**

                                          **SNELL LEGAL PLLC**
Counsel for Plaintiff
110 Integra Breeze Lane
Suite 1A
Daytona Beach, FL 32117
(386) 265-5221
By: /s/ Gregory D. Snell___
Gregory D. Snell
Florida Bar No. 442356
gsnell@snell-legal.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF transmission on all parties currently on the list to receive e-mail notice/service for this case, on this 4th day of August 2023.

                                      **SNELL LEGAL PLLC**
                                      Counsel for Plaintiff
                                      110 Integra Breeze Lane
                                      Suite 1A
                                      Daytona Beach, FL 32117
                                      (386) 265-5221
                                      By: /s/ Gregory D. Snell
                                      Gregory D. Snell
                                      Florida Bar No. 442356
                                      gsnell@snell-legal.com