**Fill in this information to identify the case:**

Debtor name: **Repair Guy One LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 8:23-bk-02545

■ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 8, 2023**            X *Eric Curtis (Aug 8, 2023 16:21 EDT)*
Signature of individual signing on behalf of debtor

**Eric Jon Curtis**
Printed name

**Managing Member**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Repair Guy One LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **8:23-bk-02545** |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                        12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................... $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................... $ **10,171.74**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................... $ **10,171.74**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ **246,373.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$ **633,243.52**

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b                                                                                                                   $ **879,616.52**

**Fill in this information to identify the case:**

Debtor name __Repair Guy One LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) __8:23-bk-02545__

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                    Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,685.30 |
|---|---|---|---|
| | Acme Builders, Inc.<br>501 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number __1510__ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Contractor License Inc.<br>Registered Agent for Acme Builders, Inc.<br>601 E. Elkcam Cir., Unit B1<br>Marco Island, FL 34146 | Line __3.1__<br>☐ Not listed. Explain ____ | __1510__ |
| 4.2 | Joseph Vartanian, President<br>Acme Builders, Inc.<br>1225 Ponce De Leon Drive<br>Fort Lauderdale, FL 33316 | Line __3.1__<br>☐ Not listed. Explain ____ | __1510__ |
| 4.3 | Steven Fender, Esq.<br>P.O. Box 1545<br>Fort Lauderdale, FL 33302 | Line __3.1__<br>☐ Not listed. Explain ____ | __1510__ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

                                                                    **Total of claim amounts**

5a. Total claims from Part 1                              5a. $ _____

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims           page 1 of 2

Debtor    **Repair Guy One LLC**　　　　　　　　　　　　　　　　Case number (if known)　　**8:23-bk-02545**
　　　　　　Name

| | | |
|---|---|---|
| 5b. Total claims from Part 2 | 5b.  +  $ | 0.00 |
| | | 70,685.30 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.    $ | 70,685.30 |

# Curtis, Eric - Repair Guy One LLC - Amended EF to D for signature - 8.8.23

Final Audit Report                                                                                           2023-08-08

| | |
|---|---|
| Created: | 2023-08-08 |
| By: | Lynn Sheppard (BK_Sheppard@yahoo.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAGujm9oUUEP4czlUTYF-MnyLGTkojm-_G |

## "Curtis, Eric - Repair Guy One LLC - Amended EF to D for signature - 8.8.23" History

- Document created by Lynn Sheppard (BK_Sheppard@yahoo.com)
  2023-08-08 - 8:18:09 PM GMT

- Document emailed to curtismarine@yahoo.com for signature
  2023-08-08 - 8:18:36 PM GMT

- Email viewed by curtismarine@yahoo.com
  2023-08-08 - 8:20:08 PM GMT

- Signer curtismarine@yahoo.com entered name at signing as Eric Curtis
  2023-08-08 - 8:21:11 PM GMT

- Document e-signed by Eric Curtis (curtismarine@yahoo.com)
  Signature Date: 2023-08-08 - 8:21:13 PM GMT - Time Source: server

- Agreement completed.
  2023-08-08 - 8:21:13 PM GMT

Adobe Acrobat Sign