**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:**

**REPAIR GUY ONE, LLC,**                                   **CASE NO. 8:23-bk-02545-CPM**
                                                           **CHAPTER 7**
_____**Debtor.**/

**CERTIFICATE OF SERVICE OF AMENDED**
**SCHEDULE E/F AND NOTICE OF CHAPTER 7 BANKRUPTCY CASE**

   **I HEREBY CERTIFY** that a true and correct copy of the **Amended Schedule E/F and Notice of Chapter 7 Bankruptcy Case** has been furnished either by Regular U. S. Mail or Electronic Notice this **8th** day of **August, 2023**, to the **U.S. Trustee,** 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **Traci K. Stevenson, Chapter 7 Trustee,** P.O. Box 86690, Madeira Beach, FL 33738; **Acme Builders, Inc.,** 501 East Las Olas Blvd., Fort Lauderdale, FL 33301; **Contractor License Inc., Registered Agent for Acme Builders, Inc.,** 601 E. Elkcam Cir., Unit B1, Marco Island, FL 34146; **Joseph Vartanian, President, Acme Builders, Inc.,** 1225 Ponce De Leon Drive, Fort Lauderdale, FL 33316; **Steven Fender, Esq.,** P.O. Box 1545, Fort Lauderdale, FL 33302; and **Repair Guy One, LLC,** 614 Pinellas Street, Unit A, Clearwater, FL 33756-3371.

                                                    /s/ Marshall Reissman, Esq.
                                                    Marshall Reissman, Esq.
                                                    FBN: 310085
                                                    The Reissman Law Group, P.A.
                                                    1700 66th Street N., Suite 405
                                                    St. Petersburg, FL 33710
                                                    Ph. 727-322-1999
                                                    Fx: 727-327-7999
                                                    Marshall@reissmanlaw.com