**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

**In re:**

                                                                          **Case No.: 8:23-bk-02545-CPM**

**REPAIR GUY ONE LLC,**

                                                                          **Chapter 7**

      **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the *Subpoena to SouthState Bank, N.A.* [ECF 15] was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case, on July 24, 2023.

**Dated: August 8, 2023**

                                                    **FENDER, BOLLING AND PAIVA, P.A.**

                                                    */s/ G. Steven Fender*
                                                    G. STEVEN FENDER, ESQ.
                                                    Florida Bar No. 060992
                                                    *Attorney for Creditors Joseph Vartanian*
                                                    *and Acme Builders, Inc.*
                                                    P.O. Box 1545
                                                    Ft. Lauderdale, FL 33302
                                                    Telephone: (407) 810-2458
                                                    Email: steven.fender@fender-law.com

## **SERVICE LIST**

**ELECTRONIC ECF NOTICE**
**The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's notice of Electronic Filing:**

**Notice will be electronically mailed to:**

Marshall G Reissman on behalf of Debtor Repair Guy One LLC
mgreissman@gmail.com, legal.assistant.rlgpa@gmail.com;leigh.stevens.rlgpa@gmail.com

M Aaron Spencer on behalf of Creditor JB&B Capital, LLC
aspencer@wmbac.com

Traci K. Stevenson
tracikstevenson@gmail.com, tks@trustesolutions.net;alishamariehall@gmail.com

United States Trustee - TPA7/13
USTPRegion21.TP.ECF@USDOJ.GOV