**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 8:23-bk-02545-CPM** |
| | : | |
| **Repair Guy One LLC,** | : | **CHAPTER 7** |
| | : | |
| **Debtor.** | : | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL NOTICES**

Brian R. Hummel of Wright Law Group, PLLC, counsel for creditor Blue Bridge Financial, Inc. fka Blue Bridge Financial, LLC ("Creditor") hereby enters his appearance pursuant to F.R.B.P. 2002 and 9010 and requests that all notices given, and all pleadings, motions, orders and other documents served in the above-captioned case be given and served to:

Brian R. Hummel
Wright Law Group, PLLC
1060 Woodcock Road, Suite 128 #84356
Orlando, FL 32803
Tel. & Fax: (813) 553-6843
brh@replevin.com

Respectfully submitted, this 1st day of September 2023.

/s/Brian R. Hummel
BRIAN R. HUMMEL
Florida Bar No. 46162
WRIGHT LAW GROUP, PLLC
1060 Woodcock Road, Suite 128 #84356
Orlando, FL 32803
Tel. & Fax: (813) 553-6843
brh@replevin.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

       This is to certify that I have this day served a true and correct copy of the within NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, filed in this bankruptcy matter via electronic notice to parties and their representatives who are ECF Filers, or by depositing a copy of same in the United States Mail, postage prepaid, to all other interested parties addressed as follows:

*Debtor*
Repair Guy One LLC
614 Pinellas Street
Unit A
Clearwater, FL 33756-3371

*Represented by*
Marshall G Reissman (via CM/ECF)
The Reissman Law Group
1700 66th Street N., Suite 405
St. Petersburg, FL 33710

*Trustee*
Traci K. Stevenson
P O Box 86690
Madeira Beach, FL 33738

*U.S. Trustee*
United States Trustee - TPA7/13 (via CM/ECF)
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

This 1st day of September 2023.

       /s/Brian R. Hummel