**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:   REPAIR GUY ONE LLC                Case Number 8:23-bk-02545-CPM
                                           A Chapter 7 Case

<u>REQUEST FOR ALL NOTICES, ORDERS, AND OTHER PLEADINGS</u>

In accordance with Rule 2002 of the Local Rules of Bankruptcy Procedure For The Middle District of Florida, and FRBP 2002, creditor CHARLES W. THOMAS, as a party in interest to this proceeding and as the duly elected Tax Collector of the County of Pinellas, State of Florida, hereby requests to be placed on the Master Mailing Matrix.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing has been furnished either electronically or by U.S. Mail to: MARSHALL G REISSMAN, 1700 66TH ST N SUITE 405, ST PETERSBURG, FL 33710; and TRACI K STEVENSON, PO BOX 86690, MADEIRA BEACH, FL 33738.

Date: 09/20/2023

CHARLES W. THOMAS, CFC
PINELLAS COUNTY TAX COLLECTOR

<u>/S/ GEOFF GIAQUINTO</u>

By: GEOFF GIAQUINTO, CFCA, CPM
BRANCH MANAGER
PINELLAS COUNTY TAX COLLECTOR
PO BOX 6340
CLEARWATER, FL 33758-6340
TEL. (727) 464-3409
FAX. (727) 464-4110
PCTCBK@pinellastaxcollector.gov